# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-1291

_____

United States of America

*Plaintiff - Appellee*

v.

Gregory M. James

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of South Dakota - Sioux Falls

_____

Submitted: December 14, 2017
Filed: December 19, 2017
[Unpublished]

_____

Before WOLLMAN, LOKEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, Gregory James challenges the sentence the district court[1] imposed following his guilty plea to a child-support offense. His

_____

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.

counsel has moved to withdraw and submitted a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the denial of acceptance of responsibility points, and a probation condition.

We conclude that the district court did not clearly err in denying acceptance-of-responsibility points, <u>see</u> <u>United States v. Bastian</u>, 603 F.3d 460, 465 (8th Cir. 2010) (standard of review), <u>see</u> <u>United States v. Spurlock</u>, 495 F.3d 1011, 1014 (8th Cir. 2007), and, in any event, any error was harmless, as James was sentenced below the Guidelines range that would have applied had he been granted a 3-point reduction for acceptance of responsibility, <u>see</u> <u>United States v. Strong</u>, 773 F.3d 920, 926 (8th Cir. 2014); and that his challenge to the probation condition is unavailing. Finally, we have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we grant counsel's motion, and affirm.

_____